834 A.2d 1016

IN THE MATTER OF COLIN JAMES FLYNN, AN ATTORNEY
AT LAW (ATTORNEY NO. 038441989).

November 5, 2003.

### ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **COLIN JAMES FLYNN**, formerly of **ALLENDALE**, who was admitted to the bar of this State in 1989, for failure to cooperate in an ethics investigation as required by *Rule* 1:20-3(g)(3), and good cause appearing;

It is ORDERED pursuant to *Rule* 1:20-3(g)(4), that **COLIN JAMES FLYNN** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **COLIN JAMES FLYNN** comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **COLIN JAMES FLYNN**, pursuant to Rule 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown; and it is further;

ORDERED that **COLIN JAMES FLYNN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.